# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 26, 2020

160290

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

_____

*In re* APPLICATION OF INDIANA MICHIGAN
POWER COMPANY TO INCREASE RATES.
_____

INDIANA MICHIGAN POWER COMPANY,
      Petitioner-Appellant,

v

MICHIGAN PUBLIC SERVICE COMMISSION
and ASSOCIATION OF BUSINESSES
ADVOCATING FOR TARIFF EQUITY,
      Appellees.

_____/

SC: 160290
COA: 343767
Public Service Commission:
00-018370

On order of the Court, the application for leave to appeal the August 13, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 26, 2020



Clerk

p0518